Case 5:15-cv-00719-DDP-DTB   Document 12   Filed 04/30/15   Page 1 of 2   Page ID #:145

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GALVAN, an individual; MARISOL GALVAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a financial institution, <br><br> Defendants. | Case No. EDCV 15-00719 DDP (DTBx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** <br><br> [Dkt. No. 9] |

    Presently before the court is Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss.  Plaintiff, represented by counsel, has not opposed the motion.  Accordingly, the court GRANTS Defendant's Motion to Dismiss and adopts the following order.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. C<small>AL</small>. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to

///

file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendant's motion was noticed for May 18, 2015. Plaintiff's opposition was therefore due by April 27, 2015. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

Dated: April 30, 2015

DEAN D. PREGERSON
United States District Judge