[CLOSED]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GUSTAVO GALVAN, an individual, MARISOL GALVAN, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, a financial institution, and DOES 1 to 100, Inclusive,<br><br>  Defendants. | CASE NO.: 5:15-cv-00719-DDP-DTB<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Dean D. Pregerson*] |

On April 30, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiffs, Gustavo Galvan and Marisol Galvan will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: May 04, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE